Lorrie E. Bradley (SBN 309411)
Peter M. McEntee (SBN 252075)
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625-9700
lbradley@beesontayer.com
pmcentee@beesontayer.com

*Counsel for Plaintiffs*

[Additional co-counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants*. | Case No. 3:26-cv-00759-TLT <br><br> **PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND PRELIMINARY INJUNCTION** |

## MOTION FOR PRELIMINARY INJUNCTION

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that Plaintiffs[1] hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, Rule 65-1 of the Civil Local Rules, and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. §705, and for a stay and preliminary injunction as follows. Specifically, Plaintiffs ask the Court to order the following immediate and interim relief:

1. Stay the effective date of the "Targeted States Funding Freeze" announced by the Department of Health and Human Services on January 6, 2026, which withheld and halted federal funding from the Child Care and Development Fund ("CCDF"), Temporary Assistance to Needy Families ("TANF"), and Social Services Block Grants ("SSBG") programs to California, Colorado, Illinois, Minnesota and New York; and

2. Enjoin and/or stay Defendants;[2] their officers, agents, employees; and all other persons who are in active concert or participation with Defendants or Defendants' officers, agents, or employees, from implementing the Targeted States Funding Freeze, including

   a. the entirety of the letters sent to California, Colorado, Illinois, Minnesota and New York on January 5 and 6, 2026, and any demands for data or information or other compliance requests therein; and

---

[1] Plaintiffs are: American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"); Service Employees International Union, AFL-CIO ("SEIU"); Main Street Alliance ("MSA"), United Domestic Workers of America, AFSCME Local 3930; AFSCME COUNCIL 31; and AFSCME COUNCIL 57.

[2] Defendants are U.S. Department of Health and Human Services ("HHS"); Robert F. Kennedy, Jr., in his official capacity as Secretary of HHS; Administration for Children and Families ("ACF"); *and* Alex J. Adams, in his official capacity as Assistant Secretary of ACF.

  b. any restrictions, beyond those authorized by statute, on California, Colorado, Illinois, Minnesota and New York's ability to draw down funds under the CCDF, TANF, or SSBG programs.

The Motion is made on the grounds that (1) Defendants' action targeting funding to Plaintiffs' members and others in the affected states is contrary to law, in excess of statutory authority, and arbitrary and capricious, in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. §706(2)(A), (C); (2) that Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) that the balance of equities and public interest favor injunctive relief.

This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Stay under U.S.C. § 705 and Preliminary Injunction; the Declarations listed in the accompanying Index of Evidence in Support of Preliminary Injunction; the Complaint; and the entire record in this case.

Plaintiffs have provided notice of this Motion and are serving it as set forth in the accompanying Declaration of Plaintiffs' counsel Joel McElvain.

*Signatures on following page.*

Date: January 28, 2026

/s/ *Lorrie E.Bradley*
Lorrie E. Bradley (SBN 309411)
Peter M. McEntee (SBN 252075)
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
lbradley@beesontayer.com
pmcentee@beesontayer.com

**Counsel for Plaintiffs**

/s/ *Teague Paterson*
Teague Paterson (SBN 226659)
Matthew Blumin (DC Bar No. 1007008)**
Georgina Yeomans (DC Bar No. 1510777)**

**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)**
1625 L Street NW
Washington, DC 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

**Counsel for Plaintiff AFSCME**

*Admitted *pro hac vice*
**Motion to appear *pro hac vice* pending

Respectfully submitted,

/s/ *Yenisey Rodríguez*
Yenisey Rodríguez (DC Bar No. 1600574)*
Kevin E. Friedl (DC Bar No. 90033814)*
Cortney Robinson Henderson (DC Bar No. 1656074)*
Shiva Kooragayala (IL Bar No. 6336195)*
Joel McElvain (DC Bar No. 448431)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 297-4810
yrodriguez@democracyforward.org
kfriedl@democracyforward.org
crhenderson@democracyforward.org
skooragayala@democracyforward.org
jmcelvain@democracyforwward.org
rthurston@democracyforward.org

**Counsel for Plaintiffs**

/s/ *Steve K. Ury*
Steven K. Ury (SBN 199499)
**SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO**
1800 Massachusetts Avenue NW
Washington, DC 20036
(202) 730-7424
steven.ury@seiu.org

**Counsel for Plaintiff SEIU**

# CERTIFICATE OF SERVICE

Pursuant to Civil Local Rule 5-5, I hereby certify that on January 28, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and served by certified mail to the following:

/s/ *Yenisey Rodríguez*
Yenisey Rodríguez

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

**Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services**
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

**Administration for Children and Families**
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

**Alex J. Adams, in his official capacity as Assistant Secretary of the Administration for Children and Families,**
Administration for Children and Families
Mary E. Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

**UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA**
c/o Civil Process Clerk U.S. Attorney's Office,
N. District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3495

**PAM BONDI, U.S. ATTORNEY GENERAL**
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave, NW, Room 1111
Washington, D.C. 20530