Lorrie E. Bradley (SBN 309411)
Peter M. McEntee (SBN 252075)
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625-9700
lbradley@beesontayer.com
pmcentee@beesontayer.com

*Counsel for Plaintiffs*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        *Defendants*. | Case No. 3:26-cv-00759-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:    Hon. Trina L. Thompson<br>Ctrm:    9 – 19th Floor<br>Date:    April 30, 2026 (Virtual CMC)<br>Time:    2:00 p.m. |

Pursuant to Civil Local Rules 6-3 and 7-12, Plaintiffs and Defendants (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court continue the Case Management Conference ("CMC") and all related deadlines, including the deadline to file a Joint Case Management Statement ("CMS"). The parties believe good cause exists for a 60-day continuance based on the following:

WHEREAS, on January 23, 2026, Plaintiffs filed a complaint for declaratory and injunctive relief against Defendants (ECF No.1);

WHEREAS, on January 28, 2026, Plaintiffs filed a motion requesting a Preliminary Injunction and 705 Stay (ECF No. 24);

WHEREAS, on March 31, 2026, the Court heard arguments from the Parties regarding Plaintiffs' motion for Preliminary Injunction and 705 Stay;

WHEREAS, on March 31, 2026, the Court granted Plaintiffs' motion for Preliminary Injunction and 705 Stay, and directed the Parties to jointly submit a proposed order for the Court's review and signature by April 15, 2025 (ECF No. 44);

WHEREAS, on April 15, 2026, the Parties submitted a Joint Proposed Order (ECF No. 51) for the Court's review;

WHEREAS, the Parties' Joint CMS is currently due on April 23, 2026, and the CMC is scheduled for April 30, 2026 (ECF No. 8);

WHEREAS, to conserve party and judicial resources and most efficiently resolve this case, the Parties met and conferred and agreed that the CMC and related deadlines in this case should continue and be stayed until June 22, 2026, so the Parties can have more time to discuss a proposal as to how this case should proceed, including whether Defendants intend to appeal the Court's order granting Plaintiffs' motion (ECF No. 24);

WHEREAS, this is the first joint request for an extension in this case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record herein, that:

Joint Stipulation and [Proposed] Order to Continue CMC and Related Deadlines
3:26-cv-00759-TLT

1

1.  The deadline for the submission of the CMS and the deadline for the making of initial disclosures should be continued until June 22, 2026.

2.  The CMC should be continued until Thursday, July 2, 2026.

3.  The Parties preserve all claims, defenses, objections, and legal arguments they have or may have in this action. The Parties' stipulation and stay of this action shall not affect or impact the Parties' claims, defenses, objections, or arguments in any regard.

IT IS SO STIPULATED.


**Dated: April 23, 2026**                                        Respectfully submitted,

*/s/ Lorrie E. Bradley*                                          */s/ Yenisey Rodríguez*
Lorrie E. Bradley (SBN 309411)                                  Yenisey Rodríguez (DC Bar No. 1600574)*
Peter M. McEntee (SBN 252075)                                   Kevin E. Friedl (DC Bar No. 90033814)*
**BEESON, TAYER & BODINE**                                      Cortney Robinson Henderson (DC Bar No.
492 Ninth Street, Suite 350                                     1656074)*
Oakland, CA 94607                                               Shiva Kooragayala (IL Bar No. 6336195)*
lbradley@beesontayer.com                                        Joel McElvain (DC Bar No. 448431)*
***Counsel for All Plaintiff***                                 Robin F. Thurston (DC Bar No. 1531399)*
                                                                **DEMOCRACY FORWARD FOUNDATION**
*/s/ Teague Paterson*                                           P.O. Box 34553
Teague Paterson (SBN 226659)                                    Washington, DC 20043
Matthew Blumin (DC Bar No. 1007008)*                            (202) 297-4810
Georgina Yeomans (DC Bar No. 1510777)*                          yenisey.rodriguez@democracyforward.org
**AMERICAN FEDERATION OF STATE,**                               ***Counsel for All Plaintiffs***
**COUNTY, AND MUNICIPAL**
**EMPLOYEES, AFL-CIO (AFSCME)**                                 */s/ Steven K. Ury*
1625 L Street NW                                                Steven K. Ury (SBN 199499)
Washington, DC 20036                                            **SERVICE EMPLOYEES**
(202) 775-5900                                                  **INTERNATIONAL UNION, AFL-CIO**
TPaterson@afscme.org                                            1800 Massachusetts Avenue NW
***Counsel for Plaintiff AFSCME***                              Washington, DC 20036
                                                                (202) 730-7424
                                                                steven.ury@seiu.org
*Admitted *pro hac vice*                                        ***Counsel for Plaintiff SEIU***

Dated: April 23, 2026
                                                                */s/ Jevechius D. Bernardoni*
CRAIG H. MISSAKIAN                                              JEVECHIUS D. BERNARDONI
**United States Attorney**                                      **Assistant United States Attorney**

                                                                ***Counsel for Defendants***


Joint Stipulation and [Proposed] Order to Continue CMC and Related Deadlines
3:26-cv-00759-TLT

2

**[PROPOSED] ORDER**

Having considered the Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1.  The deadline for the submission of the Case Management Statement and the deadline for the making of initial disclosures is continued until June 22, 2026.

2.  The Initial Case Management Conference, to be held by Zoom, is continued until July 2, 2026, at 2:00 PM.

IT IS SO ORDERED.

**Dated:** _____         /s/ _____
                              **THE HONORABLE TRINA L. THOMPSON**
                              **UNITED STATES DISTRICT JUDGE**

Joint Stipulation and [Proposed] Order to Continue CMC and Related Deadlines
3:26-cv-00759-TLT

3