Lorrie E. Bradley (SBN 309411)
Peter M. McEntee (SBN 252075)
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625-9700
lbradley@beesontayer.com
pmcentee@beesontayer.com

*Counsel for Plaintiffs*

[Additional co-counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    *Plaintiffs*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    *Defendants*. | Case No. 3:26-cv-00759-TLT<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. Trina L. Thompson<br>Ctrm:   9 – 19th Floor<br>Date:   October 29, 2026 (Virtual CMC)<br>Time:   2:00 PM |

Pursuant to this Court's Order dated June 29, 2026, *see* ECF No. 57, the parties submit this Joint Status Report to update the Court on the status of the litigation and their proposed next steps.

**Background**

On January 23, 2026, Plaintiffs filed a complaint for declaratory and injunctive relief (ECF No. 1). On January 28, 2026, Plaintiffs filed a motion requesting a Preliminary Injunction and 705 Stay (ECF No. 24). On March 31, 2026, the Court granted Plaintiffs' motion for Preliminary Injunction and 705 Stay and directed the Parties to jointly submit a proposed order for the Court's review and signature by April 15, 2025 (ECF No. 44). Pursuant to this Court's instructions, the Parties submitted a Joint Proposed Order (ECF No. 51), which the Court entered on June 18, 2026 (ECF No. 56). The Court also granted the parties' request to stay proceedings pending the final disposition of *New York v. Administration for Children & Families*, No. 1:26-CV-172 (S.D.N.Y. Mar. 10, 2026) (ECF No. 56). In addition to staying any disclosure deadlines and conferences in this matter, neither side will seek discovery during the pendency of the stay.

**Status of Litigation**

Consistent with the Court's Order, this litigation is stayed pending the final disposition of the *New York* litigation. According to the most recent joint status report filed by the parties in *New York* (*New York*, ECF No. 100), the parties are engaged in the discovery process and will continue to submit joint status reports on the 1st and 15th of each month, beginning on July 1, 2026, and continuing until all discovery is complete (*New York*, ECF No. 98).

**Next Steps**

Per the Court's Order (ECF No. 57), the parties will file a joint case management statement by October 22, 2026.

Joint Status Report
3:26-cv-00759-TLT

1

**Dated: July 2, 2026**

Respectfully submitted by:

/s/ Lorrie E. Bradley

Lorrie E. Bradley (SBN 309411)
Peter M. McEntee (SBN 252075)
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
lbradley@beesontayer.com
*Counsel for All Plaintiff*

/s/ Teague Paterson

Teague Paterson (SBN 226659)
Matthew Blumin (DC Bar No. 1007008)*
Georgina Yeomans (DC Bar No. 1510777)*
**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)**
1625 L Street NW
Washington, DC 20036
(202) 775-5900
TPaterson@afscme.org
*Counsel for Plaintiff AFSCME*

*Admitted *pro hac vice*

/s/ Yenisey Rodríguez

Yenisey Rodríguez (DC Bar No. 1600574)*
Kevin E. Friedl (DC Bar No. 90033814)*
Cortney Robinson Henderson (DC Bar No. 1656074)*
Shiva Kooragayala (IL Bar No. 6336195)*
Joel McElvain (DC Bar No. 448431)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 297-4810
yenisey.rodriguez@democracyforward.org
*Counsel for All Plaintiffs*

/s/ Steven K. Ury

Steven K. Ury (SBN 199499)
**SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO**
1800 Massachusetts Avenue NW
Washington, DC 20036
(202) 730-7424
steven.ury@seiu.org
*Counsel for Plaintiff SEIU*

CRAIG H. MISSAKIAN
**United States Attorney**

/s/ Jevechius D. Bernardoni

JEVECHIUS D. BERNARDONI
**Assistant United States Attorney**
*Counsel for Defendants*

Joint Status Report
3:26-cv-00759-TLT

2